# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>STUART SHERMAN,<br><br>  Defendant. | Case No. 1:19-cv-01207-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO STATE A CLAIM<br><br>(ECF No. 8)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Calvin Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2020, the Court screened Plaintiff's complaint and found that Plaintiff had failed to state a cognizable claim for relief. (ECF No. 8.) The Court's screening order provided Plaintiff with the legal standards that applied to his claims and granted Plaintiff leave to file either a first amended complaint or a notice of voluntary dismissal, within thirty days after service of the order. (Id.)

However, Plaintiff has not filed a first amended complaint, a notice of voluntary dismissal, or otherwise communicated with the Court, and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be

1

dismissed for Plaintiff's failure to comply with the Court's January 22, 2020 screening order, failure to prosecute, and failure to state a claim for relief. Plaintiff may comply with this order to show cause by filing either a first amended complaint in compliance with the Court's January 22, 2020 screening order or a notice of voluntary dismissal. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated: **March 9, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE