UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHERMAN,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01207-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDERS, AND FAILURE TO PROSECUTE<br><br>(Doc. No. 11) |

Plaintiff Calvin Harris is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2020, the assigned magistrate judge screened the complaint and ordered plaintiff to file an amended complaint or a notice of voluntary dismissal within thirty (30) days to proceed with this action. (Doc. No. 8.) The court expressly warned plaintiff that the failure to comply with the court's order would result in a recommendation for dismissal of this action, with prejudice, for failure to obey a court order, failure to prosecute, and for failure to state a claim. (*Id.* at 8.) On March 9, 2020, the magistrate judge issued an order for plaintiff to show cause in writing why the instant action should not be dismissed for plaintiff's failure to comply with the court's screening order, failure to prosecute, and failure to state a claim for relief. (Doc. No. 10.) The court again expressly warned plaintiff that the failure to comply with the court's order would

result in a recommendation to a district judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.  (*Id.* at 2.)

On April 2, 2020, following the expiration of both deadlines to file an amended complaint, the magistrate judge issued findings and recommendations that this action be dismissed, with prejudice, for failure to state a claim, failure to obey court orders, and failure to prosecute this action. (Doc. No. 11.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 10.)  The deadline to file objections has passed, and plaintiff has failed to file objections to the pending findings and recommendations or otherwise communicate with the court regarding this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 2, 2020, (Doc. No. 11), are adopted in full;
2. This action is dismissed, with prejudice, due to plaintiff's failure to state a claim, failure to obey court orders, and failure to prosecute; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **May 10, 2020**                                 /s/ Dale A. Drozd
                                                                              UNITED STATES DISTRICT JUDGE

2